UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  
  
Guy L. Giuffre  

    Debtor

_____/

Chapter 13  
Case No. 15-14223  
Honorable Joan N. Feeney

**ORDER RE: MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5 FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362 AND §1301**

Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5, by and through its attorneys, Orlans PC having filed for Relief From Stay regarding real property known and numbered as 28 Vineyard Ave, Oak Bluffs, MA 02557, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 for Relief From Stay is allowed and Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) and §1301(c) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage recorded with Dukes County Registry of Deeds at Book 01078, on Page 86 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. Entry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3). This Order shall be binding and

effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

At _____ this \_\_\_\_\_ day of _____, 2018

_____
Honorable Joan N. Feeney
U.S. BANKRUPTCY JUDGE